IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| American Builders & Contractors Supply Co., Inc., d/b/a ABC Supply, | ) ) ) | C.A. No. 4:18-cv-00307-RBH |
| Plaintiff, | ) ) | |
| -vs- | ) ) | CLERK'S ENTRY OF DEFAULT JUDGMENT |
| Byrd Roofing, LLC and Bryan Matthew Byrd, individually and d/b/a Bryan Byrd Roofing, | ) ) ) | FOR A SUM CERTAIN |
| Defendants. | ) ) | |

Upon consideration of Plaintiff's Request for Entry of Default Judgment for a Sum Certain and pursuant to Fed. R. Civ. P. 55(b)(1) and Local Rule 55.01, default judgment is hereby entered in favor of American Builders & Contractors Supply Co., Inc., d/b/a ABC Supply, and against Defendants Byrd Roofing, LLC and Bryan Matthew Byrd, individually and d/b/a Bryan Byrd Roofing, in the principal amount of Four Hundred One Thousand, Six Hundred Seventy and 33/100 ($401,670.33) Dollars, with interest accumulating at the rate of 1.5% per month from December 30, 2017.

March 22, 2018

Robin L. Blume
Clerk of Court
UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF SOUTH CAROLINA

By: s/Leah M. Suttles
Deputy Clerk